# 754 CASES REPORTED WITH BRIEF SYLLABI.

UTILITIES, INC., Respondent, v. IROQUOIS UTILITIES, INC., and Others, Defendants, Impleaded with CHARLES C. JONES, as Trustee of IROQUOIS UTILITIES, INC., Bankrupt, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CITY BANK TRUST COMPANY, as Trustee under Mortgage Executed by IROQUOIS UTILITIES, INC., Respondent, v. IROQUOIS UTILITIES, INC., and Others, Defendants, Impleaded with CHARLES C. JONES, as Trustee of IROQUOIS UTILITIES, INC., Bankrupt, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CLARA F. KETCHAM, Respondent, v. FRED B. WILBUR, as Executor, etc., of MARY B. HAND, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

MARY DORIS KETCHAM, an Infant, by CLARA F. KETCHAM, Her Guardian ad Litem, Respondent, v. FRED B. WILBUR, as Executor, etc., of MARY B. HAND, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Estate of MARTIN L. FENTON, Deceased.— Decree affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

VIKTOR B. DOLD, Respondent, v. M'LISS FRANCES DOLD and Others, as Executors, etc., of JACOB C. DOLD, Deceased, Appellants.— Judgment and orders affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

PATRICK J. DAVERN, Respondent, v. AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs, on the grounds stated in the opinion in *Hessler* v. *North River Ins. Co.* (211 App. Div. 595). All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

RICHARD CLAXTON HALLOCK, Appellant, v. ALICE M. FAIRCHILD, an Incompetent Person, and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Estate of KING S. BLACK, Deceased.— Decree affirmed, with costs to respondent payable out of the estate. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

J. C. MIRGUET, INC., Respondent, v. SCOBELL CHEMICAL CO., INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

VITO MARCHESE, Respondent, v. ANTHONY MARFISI, Appellant.— Judgment and order reversed on the law and new trial granted, with costs to appellant to abide event. on the authority of *Keefe* v. *Lee* (197 N. Y. 68); *Kurak* v. *Traiche* (226 id. 266); *Briscoe* v. *City of Mt. Vernon* (174 App. Div. 200); *Stapleton* v. *Butensky* (188 id. 237); *Kleiner* v. *Third Ave. R. R. Co.* (162 N. Y. 193). All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CATERINA MARCHESE, Respondent, v. ANTHONY MARFISI, Appellant.— Judgment and order reversed on the law and new trial granted, with costs to appellant to abide event, on the authority of *Keefe* v. *Lee* (197 N. Y. 68); *Kurak* v. *Traiche* (226 id. 266); *Briscoe* v. *City of Mt. Vernon* (174 App. Div. 200); *Stapleton* v.

*Butensky* (188 id. 237); *Kleiner* v. *Third Ave. R. R. Co.* (162 N. Y. 193).  All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

SARAH MONAHAN, Respondent, v. MARY L. HONE and Another, Appellants.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JAMES G. NEEDHAM, Appellant, v. MAURICE T. PARSONS, Respondent.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JENNIE HOLLENBECK, as Administratrix, etc., of HERMAN HOLLENBECK, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs.  All concur, except Davis and Sears, JJ., who dissent upon the ground that the verdict is against the weight of the evidence. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

WILLIAM F. ROGERS, as Administrator, etc., of EDWARD W. ROGERS, Deceased, Respondent, v. SHERMAN D. SMITH and Another, Appellants.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

PHILIP DUROCHER, Appellant, v. GRIFFITH M. JONES & COMPANY, Respondent, Impleaded with Another, Defendant.— Judgment so far as appealed from affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JAMES G. COMERFORD, Appellant, v. GEORGE H. SANDS, Respondent.— Order affirmed, with ten dollars costs and disbursements.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

GEORGE H. SANDS, Appellant, v. JAMES G. COMERFORD, Respondent.— Order in respect to serving an amended complaint affirmed, with ten dollars costs and disbursements.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

GEORGE H. SANDS, Appellant, v. JAMES G. COMERFORD, Respondent.— Order directing service of bill of particulars modified by striking out provision numbered 9th, and as so modified affirmed, without costs of this appeal to either party. All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ALICE P. WILLIAMS, Appellant, v. GIBSON T. WILLIAMS, Respondent.— Order affirmed, without costs of this appeal to either party.  All concur.  Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

CLARA E. BROWN, Respondent, v. FRANCIS T. SHYNE, Appellant.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CYRUS H. WOLF, Respondent, v. FLORENCE M. SCHICK and Another, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs.  All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES F. DALEY, Respondent, v. DYER B. TALLEY, Appellant.— Judgment and order affirmed, with costs.  All concur, except Hubbs, P. J., and Sears, J., who dissent on the ground that while the record discloses a pure question of fact, we cannot believe the story told by the plaintiff.  It is so unreasonable that it shocks one's notion of usual and ordinary conduct of a dentist.  We think the judgment should be reversed and a new trial granted on the ground that the verdict is against the weight of the evidence and that the ends of justice require a new trial.  Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.